162 So. 927
### J. C. WOODARD v. STATE.
2 Div. 575.

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

151 So. 927
### C. D. WOODRUM v. CITY OF TUSCALOOSA.
6 Div. 583.

Court of Appeals of Alabama.
Dec. 19, 1933.

SAMFORD, Judge.
Affirmed.

159 So. 923
### Augustus WOMACK v. STATE.
1 Div. 197.

Court of Appeals of Alabama.
Feb. 26, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

163 So. 911
### Effie WOZENCRAFT v. John CASON.
8 Div. 220.

Court of Appeals of Alabama.
Nov. 5, 1935.

SAMFORD, Judge.
Appeal dismissed.

159 So. 896
### Emmet WREN v. STATE.
6 Div. 627.

Court of Appeals of Alabama.
Dec. 18, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

161 So. 924
### Ernest WRIGHT v. STATE.
8 Div. 164.

Court of Appeals of Alabama.
May 21, 1935.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

The indictment against this appellant charged that he unlawfully, and with malice aforethought, killed Calvin Cox, by shooting him with a gun, but without premeditation or deliberation, etc. The foregoing is a valid indictment and charges the accused with the offense of murder in the second degree.

The trial of this case resulted in the conviction of the defendant for the offense of manslaughter in the first degree and his punishment was fixed at eight years. Judgment of conviction was accordingly pronounced and entered, and the court duly sentenced him to imprisonment in the penitentiary for eight years. From the judgment of conviction this appeal was taken. The appeal is here submitted upon the record proper. There is no bill of exceptions.

The record has been examined and is regular in all respects. No error appearing, the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.